DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Defendants Bank of America, N.A. and ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACK D. SANDRIDGE and BOONYUEN SANDRIDGE, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation; RECONTRUST COMPANY, NA., a California Corporation; MTC FINANICAL INC., D/B/A TRUSTEE CORPS, a California Corporation; DOES I-X , inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No: 2:16-cv-02218-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendants Bank of America, N.A. **(BANA)** and ReconTrust Company, N.A. **(ReconTrust)** thirty (30) days from October 27, 2016, to file a responsive pleading. Plaintiffs Jack D. Sandridge and Boonyuen Sandridge (**Plaintiffs**) filed their complaint on August 3, 2016. Pursuant to Stipulation of the parties, BANA shall have until November 28, 2016 to file a responsive pleading.

This is the second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

///

{39848902;1}

1 The purpose of the extension is to allow the parties to continue their settlement discussions.

2 DATED this 24th day of October, 2016.

| **MORTENSON & RAFIE, LLP** | **AKERMAN LLP** |
|---|---|
| */s/ Michael Castillo* _____<br>PETER B. MORTENSON, ESQ.<br>Nevada Bar No. 5725<br>MICHAEL CASTILLO, ESQ.<br>Nevada Bar No. 11531<br>MORTENSON & RAFIE, LLP<br>10781 W. Twain Avenue<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiffs* | */s/ Vatana Lay*_____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Bank of America, N.A. and ReconTrust Company, N.A.* |

**IT IS SO ORDERED.**

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT JUDGE**

**Dated this  25  day of October, 2016.**