Peter B. Mortenson, Esq.
Nevada Bar No. 5725
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
E-mail: cmcorwin@nvlaw.us
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACK D. SANDRIDGE and BOONYUEN SANDRIDGE, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation; RECONTRUST COMPANY, N.A., a California Corporation; MTC FINANCIAL, INC., D/B/A TRUSTEE CORPS, a California Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2-16-cv-02218-GMN-CWH<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

3

## **ORDER**

Pursuant to the Stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, without prejudice, each side to bear its/his own costs and attorneys' fees.

IT IS SO ORDERED.

Dated this 27 day of November, 2016.

_____
Honorable Gloria M. Navarro
Chief Judge